# UNITED STATES DISTRICT COURT
for the
Northern District of Illinois

| Veroncia Ponce | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 13-9070 |
| Targeet Corp | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Veronica Ponce.

Date: 01/08/2014

/s/ Christopher V. Langone
*Attorney's signature*

Christophger Langone bar # 6211105
*Printed name and bar number*
207 Texas Lane
Ithaca, New York, 14850
(member of N.D. Ill. trial bar
admitted in Illinois & New Jersey only)
*Address*

langonelaw@gmail.com
*E-mail address*

(607) 592-2661
*Telephone number*

*FAX number*