# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
# ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                   Case Number: 13-cv-9070
Ponce
v.
Target Corporation

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

Plaintiffs Erjona Vasquez, Manisha Krishnan, Eduardo Vasquez, Denise Lau and Angela Mayo in Case No. 13-cv-9279 (N.D. Ill.)

| | |
|---|---|
| NAME (Type or print)  Curtis C. Warner | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)  s/ Curtis C. Warner | |
| FIRM   Warner Law Firm, LLC | |
| STREET ADDRESS   1400 E. Touhy Ave., Ste. 260 | |
| CITY/STATE/ZIP   Des Plains, IL 60018 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER  (847) 701-5290 |

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")   Y in 13-cv-9279 (N.D. Ill.)

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N")   N

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N")   Y

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N")   Y in 13-cv-9279 (N.D. Ill.)

IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.

 RETAINED COUNSEL                                APPOINTED COUNSEL