IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | ) | |
|---|---|---|
| IN RE: TARGET CORPORATION | ) | Case No: **13 C 9070** |
| CUSTOMER SECURITY BREACH | ) | |
| LITIGATION | ) | |
| | ) | Judge: ROBERT W. GETTLEMAN |
| | ) | |

### ORDER

      Plaintiffs' motion [46] to file a consolidated complaint is granted and the caption of these consolidated actions shall conform to the caption of this order. Plaintiffs' motion [47] for appointment of plaintiffs' interim co-lead counsel is granted in part. The following attorneys are appointed as interim co-lead counsel: Thomas A. Zimmerman, Jr.; Robert A. Clifford; John A. Yanchunis; Michael F. Ram.

Date:    January 30, 2014

ROBERT W. GETTLEMAN